UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADELBERT H. WARNER, II, )<br>#13604-040, )<br>)<br>   Petitioner, )<br>)<br>VS. )<br>)<br>C. RIVERS, WARDEN, FCI )<br>SEAGOVILLE, )<br>)<br>   Respondent. ) | CIVIL ACTION NO.<br><br>3:22-CV-0621-G-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  Objections were filed.  The court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.  The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, except for the following:  on page four, line 16, "*e.g.*" should be replaced with "*e.g.*,"; on page four, line 23, "(5th Cir. 1991)))" should be replaced with "(5th Cir. 1991))"; and on page five, line nine, "were" should be replaced with "where".

**SO ORDERED.**

June 17, 2022.

_____
A. JOE FISH
Senior United States District Judge